# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Catherine Crosby Gandy, Petitioner,

v.

John Wilson Gandy, Jr., Respondent.

Appellate Case No. 2024-000611

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Horry County
The Honorable FitzLee McEachin, Family Court Judge

---

Opinion No. 28239
Submitted September 25, 2024 – Filed November 6, 2024

---

## REMANDED

---

Carolyn R. Hills and Jennifer Darrow Hills, both of Hills & Hills, PC, of Myrtle Beach; and Rebecca Brown West, of Harling & West, LLC, of Lexington, all for Respondent.

George M. Hearn, Jr. and Kathleen Wrenn Hearn, both of Hearn & Hearn, PA, of Conway; and Marie-Louise Ramsdale, of Ramsdale Law Firm, of Mount Pleasant, all for Petitioner.

Russell W. Hall, III, of The Law Office of Russell W.

Hall III, of Myrtle Beach, as the Guardian ad Litem.

---

**PER CURIAM:**  Petitioner seeks a writ of certiorari to review the court of appeals' decision reversing the family court's order awarding Petitioner rehabilitative alimony.  *Gandy v. Gandy*, 442 S.C. 340, 898 S.E.2d 208 (Ct App. 2024).  We grant the petition on Petitioner's Question II, dispense with briefing, and remand the case to the family court for recalculation of child support.  We deny the petition on Petitioner's Question I.

Petitioner asserts the court of appeals should have recalculated the child support payments after reversing the alimony award.  As required by the Child Support Guidelines, the family court considered the alimony awarded to Petitioner when calculating the child support payment.  *See* S.C. Code Ann. Regs. 114-4720(7) (Supp. 2024).  Because the court of appeals properly reversed the alimony award, the child support payments must be recalculated.  Therefore, we remand this case to the family court to recalculate child support, including consideration of the fact Petitioner will not be receiving alimony.

**REMANDED.**

**KITTREDGE, C.J., FEW, JAMES and HILL, JJ., concur.  VERDIN, J., not participating.**